JASON KOKINATOS, Respondent, v. POLAR STEAMSHIP CORPORATION, Appellant.
— Judgment, so far as appealed from, unanimously affirmed, with costs. No
opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

1032 INTERVALE AVE., INC., Respondent, v. "JOHN" CASHMAN et al., Appel-
lants.— Determination unanimously affirmed, with costs to the respondent.
No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

MARY A. CRAWFORD, as Administratrix of the Estate of MICHAEL J. CRAW-
FORD, Deceased, Respondent, v. CITY OF NEW YORK, Appellant.— Judgment
unanimously reversed and a new trial ordered, with costs to the appellant to abide
the event, on the ground of excessiveness of the verdict, unless the plaintiff stipu-
lates to reduce said judgment to $85,000, with interest and costs, in which event
the judgment, as so modified, is affirmed, without costs. Settle order on notice.
Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

In the Matter of the Estate of EUGENE KIENLE, Deceased. JULIA KIENLE,
Appellant; MANUFACTURERS TRUST COMPANY et al., as Executors of EUGENE
KIENLE, Deceased, et al., Respondents.— Decree, so far as appealed from,
unanimously affirmed, with costs to all parties appearing and filing briefs
herein payable out of the estate. No opinion. Present — Peck, P. J., Callahan,
Van Voorhis and Breitel, JJ . [202 Misc. 396.]   [See 281 App. Div. 745.]

COURTNEY J. SAUTER, Respondent, v. NEW YORK TRIBUNE, INC., Appellant,
et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion.
Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

In the Matter of BERNARD FLIASHNICK, Appellant, against JOSEPH D. MC-
GOLDRICK, as State Rent Administrator, Respondent.— Order unanimously
affirmed, with $20 costs and disbursements to the respondent. No opinion.
Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

HARRY STEINMAN, Trading as THE NEW LATIN CASINO, Respondent, v.
DEAN MARTIN et al., Respondents, and ABNER J. GRESHLER, Appellant.— Order
unanimously affirmed, with $20 costs and disbursements to the plaintiff-
respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

## (November 19, 1952.)

ANNETTE GORDY v. SANFORD GORDY.— Motion to dismiss appeal granted,
with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.
[201 Misc. 1039.]